**MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
JUANITA MUNOZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUANITA MUNOZ, et al.,<br><br>Defendants. | Case No.:   CR-09-00076 AWI<br>              CR-09-00077 LJO<br><br>**SECOND AMENDED**<br><br>STIPULATION RE:<br>CONTINUANCE OF STATUS<br>CONFERENCE<br><br>DATE: January 10, 2011<br>TIME:  9:00 a.m.<br>DEPT:  2 |

TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

**IT IS HEREBY STIPULATED** by and between the parties herein that the Status Conference currently scheduled for January 10, 2011, at 9:00 a.m. be continued to **February 7, 2011, at 9:00 a.m.** before the Honorable Anthony W. Ishii.

This request is based upon the fact that counsel has not received the status report of Ms. Munoz's competency from her doctor.

Counsel's staff has been in touch with Mr. Mark Cullers of the United State's Attorney's Office, who has no objection to such a continuance.

It is your Declarant's opinion that a continuance such as requested shall not prejudice any party concerned with this matter.

| | |
|---|---|
| Dated: January 6, 2011 | Respectfully Submitted, |
| | NUTTALL & COLEMAN |
| | /s/ MARK W. COLEMAN<br>By: _____<br>MARK W. COLEMAN<br>Attorney for Defendant,<br>JUANITA MUNOZ |

Dated: January 6, 2011

By: / s/ MARK CULLERS
    MARK CULLERS
    Assistant U.S. Attorney

Dated: January 6, 2011

By: /s/ JON RENGE
    JON RENGE
    Attorney for Defendant,

***************

# **ORDER**

Good cause appearing,

**IT IS ORDERED** that the Status Conference currently scheduled on January 10, 2011, at 9:00 a.m. is continued to **February 7, 2011, at 9:00 a.m.**

IT IS SO ORDERED.

Dated: _____January 7, 2011_____     /s/ [signature]
                                              CHIEF UNITED STATES DISTRICT JUDGE