(SPACE BELOW FOR FILING STAMP ONLY)

1  **MARK W. COLEMAN, #117306**
   **NUTTALL COLEMAN & WILSON**
2  2445 CAPITOL STREET, SUITE 150
   FRESNO, CALIFORNIA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR Defendant,
   JUANITA MUNOZ
6

7
   **UNITED STATES DISTRICT COURT**
8
   **EASTERN DISTRICT OF CALIFORNIA**
9
   * * * * * * * *
10

| UNITED STATES OF AMERICA, | Case No.: | CR-09-00076 AWI |
|---|---|---|
| Plaintiff, | | CR-09-00077 AWI |
| vs. | **STIPULATION TO CONTINUE SENTENCING** | |
| JUANITA MUNOZ, et al., | **AND** | |
| Defendants. | **O R D E R** | |

17
18 TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

19     **IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective

20 clients that the Sentencing hearing currently on calendar for April 30, 2012, at 9:00 a.m., be

21 continued to June 4, 2012, at 9:00 a.m., or as soon thereafter as is convenient to the court's calendar.

22     **IT IS FURTHER STIPULATED** that the deadlines for filing informal and formal

23 objections to the Pre-Sentence Investigation Report be scheduled as follows:

24         Report available from Probation on or before April 30, 2012

25         Informal Objections to be served on or before May 11, 2012

26         Formal Objections to be filed on or before May 28, 2012

27 ///

28 ///

This continuance is requested by counsel for Defendant, JUANITA MUNOZ, due to the fact that counsel needs additional time to meet with Defendant, and file informal objections to the Probation Report. Defendant is housed at Lerdo and is scheduled to be brought up to Fresno to meet with counsel on April 9, 2012. Informal Objections to the Probation Report are due on or before April 6, 2012.

Counsel for Defendant has spoken with Assistant U. S. Attorney, MARK CULLERS, who has no objection to this continuance.

Dated: March 30, 2012          Respectfully Submitted,

                                      NUTTALL COLEMAN & WILSON

                                      /s/ MARK W. COLEMAN

                                      MARK W. COLEMAN
                                      Attorney for Defendant,
                                      JUANITA MUNOZ

Dated: March 30, 2012.         UNITED STATES ATTORNEY'S OFFICE

                                      /S/ MARK CULLERS

                                      MARK CULLERS
                                      Assistant U.S. Attorney

\* \* \* \* \* \* \*

**O R D E R**

IT IS SO ORDERED.

Dated:     March 30, 2012
                       CHIEF UNITED STATES DISTRICT JUDGE